**From: The District Court of the 1st Judicial District.**
**County of Lewis and Clark.**

**STATE OF MONTANA,**
    **Plaintiff,**                      **No. ADC-97-221**
**vs.**                                  **Decision**
**MONTY J. HENDY,**
    **Defendant,**

On July 16, 2003, the defendant was sentenced to sentenced to the following: Count I: Burglary, a felony: Five (5) year commitment to the Department of Corrections; Count III: Criminal Mischief, a felony: Five (5) year commitment to the Department of Corrections; and Count VI: Criminal Mischief, a felony; Five (5) year commitment to the Department of Corrections, to run concurrently with Count I and Count III.

On November 13, 2003, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Randi Hood. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 13th Day of November, 2003.

DATED this 9th day of December, 2003.

Chairperson, Hon. Katherine R. Curtis, Member, Hon. Marc G. Buyske and Alt. Member, Hon. John W. Whelan.